[No. 29033-9-I.    Division One.    November 2, 1992.]

*In the Matter of the Personal Restraint of* HENRY
JEROME DEVEAU, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 31538-2-I.    Division One.    November 2, 1992.]

MARY JAMERSON, ET AL, *Respondents,* v. GERALDINE
VANDIVER, ET AL, *Defendants,* DEAN
VANDIVER, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-05872-5, Donald D. Haley, J., entered October 9, 1992. *Reversed* by unpublished per curiam opinion.

[No. 14151-5-II.    Division Two.    November 4, 1992.]

CHRISTIANE L. MCLACHLAN, *Appellant,* v. CLARK COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-2-01250-6, Thomas L. Lodge, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, J., and McMullen, J. Pro Tem.

[No. 14659-2-II.    Division Two.    November 4, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. HALDIN
E. CRABTREE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00443-8, Milton R. Cox, J., entered January 17, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.